UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEITH EDGAR, : | |
|     Plaintiff, : | |
| : | |
| v. : | C.A. No. 16-047PAS |
| : | |
| NANCY A. BERRYHILL, : | |
| Acting Commissioner of the Social Security : | |
| Administration, : | |
|     Defendant. : | |

**ORDER**

After due consideration of the parties' arguments and review of the entirety of the Administrative Record, and for the reasons stated at the hearing held on March 2, 2017, Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) is DENIED; and Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 15) is GRANTED.  The Clerk shall enter Final Judgment in favor of Defendant.

So ordered.

ENTER:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
March 2, 2017